United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COLUMBA R., as Guardian Ad Litem for M.R., ) | Case No.: 12-cv-00743-LHK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER MODIFYING CAPTION AND |
| v. ) | SEALING DOCUMENTS |
| ) | |
| CITY OF SALINAS; SCOTT KENNETH ) | (re: dkt. #1-15, inclusive) |
| CALLAN; and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendant City of Salinas ("Defendant") removed this action to federal court on February 15, 2012, and included a minor's name in the caption. Pursuant to Federal Rule of Civil Procedure 5.2(a), parties may include only a minor's initials in any filing with the Court. Accordingly, all future filings in this case shall conform to the new caption as modified above. To protect the interests of the minor M.R., the Clerk shall seal all previously filed documents containing the minor's name or the parent's last name, which includes ECF Nos. 1 through 12, 14, and 15. By March 14, 2012, the parties shall re-file properly redacted versions of their previously filed documents. The parties must ensure that the minor's name and date of birth, as well as the parent's last name, have been redacted in all publicly filed documents. *See* Fed. R. Civ. P. 5.2(a).

**IT IS SO ORDERED.**

Dated: March 7, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-cv-00743-LHK
ORDER MODIFYING CAPTION AND SEALING DOCUMENTS